UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VANDEWATER INTERNATIONAL INC., <br><br>          Plaintiff, <br><br>and <br><br>SIGMA CORPORATION, <br><br>          Plaintiff-Intervenor, <br><br>v. <br><br>UNITED STATES, <br><br>          Defendant, <br><br>and <br><br>ISLAND INDUSTRIES, <br><br>          Defendant-Intervenor. | Before:  Leo M. Gordon, Judge <br><br>Court No. 18-00199 |

**ORDER**

Upon consideration of the partial consent motion to intervene as of right as a Plaintiff-Intervenor by Smith-Cooper International, Inc. ("Smith-Cooper"), responses from Defendant and Defendant-Intervenor, and all other papers and proceedings had in this action; and upon due deliberation; it is hereby

**ORDERED** that Smith-Cooper's partial consent motion to intervene as of right is granted; it is further

**ORDERED** that Smith-Cooper is a Plaintiff-Intervenor in this action; and it is further

Court No. 18-00199 Page 2

**ORDERED** that Smith-Cooper's request to file an Amicus Curiae brief is denied as moot.

       /s/ Leo M. Gordon
    Judge Leo M. Gordon

Dated: August 4, 2021
       New York, New York