UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

|  |  |
|---|---|
| VANDEWATER INTERNATIONAL INC., <br><br> Plaintiff, <br><br> and <br><br> SIGMA CORPORATION and <br> SMITH-COOPER INTERNATIONAL, INC., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ISLAND INDUSTRIES, <br><br> Defendant-Intervenor. | Court No. 18-00199 |

## ORDER

Upon consideration of defendant's motion for an extension of time for parties to file their responsive remand comments briefs, it is hereby

ORDERED that defendant's motion for extension of time is granted; and it is further

ORDERED that the deadlines in this matter shall be amended as follows:

| | |
|---|---|
| Defendant's comments in support of remand redetermination | January 11, 2022 |
| Defendant-Intervenor Island Industries' comments in support of remand redetermination | January 21, 2022 |
| Joint Appendix | February 3, 2022 |

and it is further

ORDERED that the page/word limits from the Court's August 5, 2021 scheduling order in this action shall remain in effect


Dated:_____, 2021                    _____
     New York, N.Y.                                SENIOR JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| VANDEWATER INTERNATIONAL INC., | |
| Plaintiff, | |
| and | |
| SIGMA CORPORATION and SMITH-COOPER INTERNATIONAL, INC., | |
| Plaintiff-Intervenors, | |
| v. | Court No. 18-00199 |
| UNITED STATES, | |
| Defendant, | |
| and | |
| ISLAND INDUSTRIES, | |
| Defendant-Intervenor. | |

**DEFENDANT'S PARTIAL CONSENT MOTION FOR AN
EXTENSION OF TIME TO FILE REMAND COMMENTS BRIEFS**

Pursuant to Rules 6(b) and 7(b) of the Rules of this Court, defendant, the United States, respectfully requests that the Court grant a 25-day extension of time, through and including January 11, 2022, for the United States to file its remand comments brief. Because the defendant-intervenor's brief would be due on January 21, 2022 based on the amended schedule we are requesting (after conferring with the other parties), the practical effect of our request is to extend the current schedule by only 15 days because defendant-intervenor no longer needs as much time to file its brief given that its deadline would now occur after the holidays. The

Government's remand comments brief is currently due on December 17, 2021. This is our second request for an extension of time for this purpose, the Court having previously granted an extension of 28 days. We have conferred regarding this request with counsel for the other parties, among whom plaintiff Vandewater International, Inc., plaintiff-intervenor Smith-Cooper International, Inc., and defendant-intervenor Island Industries consent to the motion. Plaintiff-intervenor SIGMA Corporation states that it plans to file a written opposition to the motion.

When, as here, a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT R. 6(b)(1). Good cause exists to grant the extension we are requesting because, following our initial request, counsel for the Government has experienced several unexpected and time-sensitive matters requiring significant attention, in addition to counsel's already demanding schedule. Specifically, counsel unexpectedly has been required to (1) devote significant time to coordinating multi-agency compliance efforts, pursuing discussions and motion practice regarding interim relief, and working on matters relating to the Government's potential exercise of its appellate rights resulting from this Court's November 16 and 17, 2021 decisions vacating a Presidential proclamation and separate USTR determinations in *Solar Energy Industries Association, et al. v. United States*, Ct. Int'l Trade No. 20-03941 and *Invenergy Renewables LLC, et al. v. United States*, Ct. Int'l Trade No. 19-00192 (numerous activities in late-November and early-December 2021; motion to suspend liquidation filed Dec. 6, 2021; additional activities ongoing);[1] (2) devote a significant amount of initial work to a pair of time-sensitive bid protest actions before the United States Court of Federal Claims, *Golden IT, LLC v. United States*, Fed. Cl. No. 21-2275 and *Yakshna Solutions, Inc. v. United States*, Fed. Cl.

---

[1] Counsel was transferred lead responsibility for these cases shortly before the decisions issued when a colleague left for a detail position with another office, unaware that decisions requiring significant attention would issue imminently.

2

No. 21-2245, because the agency is contemplating taking voluntary corrective action (status conferences held on Nov. 23 and Dec. 2, 2021; control date of Dec. 16, 2021 to notify court how agency will proceed regarding potential corrective action); (3) devote significant attention to the time-sensitive mediations that this Court is supervising in several Section 232 exclusion cases in which other Government counsel had previously taken a lead role (multiple calls with the Court, internal stakeholders, and plaintiffs' counsel in late-November and early-December 2021); and (4) devote unexpected time to assisting opposing counsel on the Friday after Thanksgiving, the ensuing weekend, and on the following Monday, to address a time-sensitive injunction request in Case No. 21-00574—a case that counsel is not handling, but in which the injunction turned out to require an amendment necessitating immediate action to ensure that the Court did not unknowingly enter the incorrect injunction before the parties were able to correct it (significant time from Nov. 26-29, 2021). These matters are in addition to counsel's other pre-existing commitments, such as preparing and appearing for argument before this Court on November 17, 2021 in *Government of Quebec, et al. v. United States*, Consol. Ct. Int'l Trade No. 20-00168, filing the post-argument brief in the *Government of Quebec* case on November 23, 2021, and preparing and appearing for in-person oral argument before the Court of Appeals for the Federal Circuit on December 9, 2021 in *Gurley v. McDonough*, Fed. Cir. No. 2021-1490. The combination of these unexpected matters and pre-existing commitments, as well as the upcoming December holidays (which present complications for internal coordination and review), make it reasonable for us to seek a brief additional extension.

    We further note that the three plaintiffs in this case have each filed a separate brief, which, although they do not all contain word counts, we estimate to total more than 15,000 words. The plaintiffs' briefs are largely devoted to non-overlapping arguments, such that we

anticipate filing a substantial consolidated response. Although we have made progress in doing so, the extension we are requesting is necessary to for us to complete work on the Government's brief, so that we may best assist the Court in addressing the multiple arguments made by plaintiffs.

Finally, after conferring with other parties to the litigation, the defendant-intervenor agreed to amend its staggered response brief date to January 21, 2022 (since there will no longer be a conflict with the December holidays), meaning that the practical effect of the extension we are requesting is to extend the briefing schedule merely by 15 days.

Accordingly, we respectfully request that the Court extend the time for the Government to file its remand comments brief to January 11, 2022, and that the remaining deadlines likewise be extended pursuant to the attached amended schedule.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

/s/ Joshua E. Kurland

OF COUNSEL:
SAAD CHALCHAL
Attorney
Office of the Chief Counsel
for Trade Enforcement and Compliance
U.S. Department of Commerce

JOSHUA E. KURLAND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-0477
Email: Joshua.E.Kurland@usdoj.gov

December 7, 2021

*Attorneys for Defendant United States*