UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VANDEWATER INTERNATIONAL INC., <br><br> Plaintiff, <br><br> and <br><br> SIGMA CORPORATION, <br> SMITH-COOPER INTERNATIONAL, INC., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br> and <br> ISLAND INDUSTRIES, <br><br> Defendant-Intervenor. | Before: Leo M. Gordon, Judge <br><br> Court No. 18-00199 |

**ORDER**

Upon consideration of Defendant's Partial Consent Motion for an Extension of Time for parties to file their responsive remand comments, Plaintiff-Intervenor SIGMA Corporation's Opposition, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that Defendant's Partial Consent Motion for an Extension of Time is granted; it is further

**ORDERED** that the deadlines in this action shall be amended as follows:

|   |   | Due Date (On or Before) |
|---|---|---|
| 1. | Defendant's comments in support of remand redetermination | January 11, 2022 |
| 2. | Defendant-Intervenor Island Industries' comments in support of remand redetermination | January 21, 2022 |
| 3. | Joint Appendix | February 3, 2022 |

It is further

**ORDERED** that the page/word limits from the court's August 5, 2021 scheduling order in this action shall remain in effect; and it is further

**ORDERED** that this is Defendant's final extension of time.

/s/ Leo M. Gordon
Judge Leo M. Gordon

Dated: December 8, 2021
        New York, New York