IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| VANDEWATER INTERNATIONAL INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> and ) <br> ) <br> SIGMA CORPORATION and SMITH-COOPER ) <br> INTERNATIONAL, INC., ) <br> ) <br> Plaintiff-Intervenors, ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> ISLAND INDUSTRIES, ) <br> ) <br> Defendant-Intervenor. ) <br> ) | Court No. 18-00199 <br><br> **PUBLIC VERSION** <br> Business Proprietary Information <br> Identified by Brackets [ ] |

**DEFENDANT'S UPDATED RESPONSE TO THE COURT'S JULY 21, 2022 LETTER**

Defendant, the United States, respectfully submits this updated response to the Court's July 21, 2022 letter concerning suspension of liquidation issues in this litigation, ECF No. 151. The Court's letter directed the Government "to clarify whether or not there was a pre-existing suspension of liquidation" at the time of the Department of Commerce's (Commerce) September 2018 final scope ruling in this proceeding. *Id.* at 3-4. We have sought to answer this question through inquiries with Commerce, U.S. Customs and Border Protection (CBP), and plaintiff Vandewater International Inc. (Vandewater). Based upon these inquiries, we understand that Commerce's September 2018 instructions to CBP following the final scope ruling—which,

consistent with Commerce's then-applicable regulations at 19 C.F.R. § 351.225(l) (2018), instructed CBP to "{c}ontinue" to suspend liquidation of Vandewater's entries of steel branch outlets covered by the scope ruling—were the first such suspension instructions Commerce issued specifically regarding Vandewater's entries of steel branch outlets.  Ex. 1.  Commerce itself did not issue any relevant suspension instructions prior to September 2018 focused on Vandewater's steel branch outlets, and using the information disclosed in our July 27, 2022 initial response to the Court as a basis for inquiry, we have not been able to identify any prior suspension by CBP.  Although it is theoretically possible that CBP could have suspended one or more individual entries as of September 2018 pursuant to other authority, which could have continued under Commerce's regulations and post-ruling instructions, Commerce's search described in our July 27 filing and our inquiries with Vandewater did not identify any such entry.

As noted above, we used the information identified in our July 27 filing as a basis to inquire about the issue of pre-existing suspension.  With respect to [






].  Commerce's September 2018 instructions directed CBP to "{c}ontinue" to suspend liquidation, telling CBP to continue to suspend any entries that CBP had already suspended (but we are unaware of any such entries).  Ex. 1.  Shortly thereafter, however, Vandewater initiated this action and the Court in October 2018 issued its statutory injunction requiring the suspension of liquidation covering any unliquidated entries made on or after June 24, 1992.  ECF No. 23.  Commerce in October 2018 thus issued a second set of instructions based on the Court's injunction, instructing CBP not to liquidate relevant entries, to continue to

2

suspend liquidation, and to follow the injunction.  *See* Ex. 2.  Subsequently, CBP [

]. *See* Ex. 3.  Vandewater responded to

[

]. *See* Ex. 4.  CBP subsequently

[                                                              ].[1]

Based on these circumstances, we do not believe that the entries identified in our July 27, 2022 filing are subject to Commerce's September 2018 suspension instructions and thereby to duties based upon those instructions.  Commerce's September 2018 instructions directed CBP to "{c}ontinue" to suspend liquidation, and these entries [

]. Ex. 1.[2]  Commerce and CBP are nonetheless required to keep the entries suspended pursuant to the Court's October 2018 statutory injunction, which covers unliquidated entries going back to the order's inception in 1992.

                                                Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Principal Deputy Assistant Attorney General

                                                PATRICIA M. MCCARTHY
                                                Director

---

[1] We have not been able to determine whether CBP suspended the entries pursuant to Commerce's September 2018 or October 2018 suspension instructions, but do not believe that issue is material to the Court's question regarding whether there was a pre-existing suspension of liquidation when Commerce issued its final scope ruling.

[2] At the same time, it is CBP's role to determine in the first instance whether a particular entry is or is not subject to antidumping duties (subject to protest and legal challenge by the importer).  *See Sunpreme Inc. v. United States*, 946 F.3d 1300, 1320-21 (Fed. Cir. 2020).

|  |  |
|---|---|
|  | /s/ L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director |
| OF COUNSEL:<br><br>SHELBY M. ANDERSON<br>Assistant Chief Counsel<br>Office of the Chief Counsel<br>for Trade Enforcement & Compliance | /s/ Joshua E. Kurland<br>JOSHUA E. KURLAND<br>Senior Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 515-0477 |
| August 5, 2022 | *Attorneys for Defendant United States* |

# Exhibit 1

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-570-814
Scope Inquiry
**Public Document**
E&C/OV: AC

September 17, 2018

| | |
|---|---|
| **MEMO TO:** | The File |
| **FROM:** | Annathea Cook<br>International Trade Compliance Analyst, Office V<br>Enforcement and Compliance |
| **RE:** | Carbon Steel Butt-Weld Pipe Fittings from the People's Republic of China: Placing CBP Instructions on the Record |

Attached are the Customs and Border Protection (CBP) cash deposit instructions that the U.S. Department of Commerce transmitted to CBP upon issuing the final scope ruling on Vandewater International Inc.'s steel branch outlets; *see* Attachment 1.



Barcode:3754200-01 A-570-814 SCO - Scope Inquiry  -  Vandewater

# Attachment 1

Case 1:18-cv-00199-LMG   Document 160   Filed 08/05/22   Page 7 of 16

Barcode:3754200-01 A-570-814 SCO - Scope Inquiry  -  Vandewater

Filed By: Annathea Cook, Filed Date: 9/17/18 11:02 AM, Submission Status: Approved

```
Barcode:3754200-01 A-570-814 SCO - Scope Inquiry  -  Vandewater
```

Type: SCO

Subtype: INSCO

Re:  Scope determination on antidumping duty order on Carbon Steel Butt-Weld Pipe Fittings from the People's Republic of China (A-570-814).

1.  On 09/10/2018, in response to a request by Vandewater International Inc., Commerce issued a final scope determination that Vandewater International Inc.'s steel branch outlets which Vandewater International Inc. imports is within the scope of the antidumping duty order on carbon steel butt-weld pipe fittings from the People's Republic of China (A-570-814).

2.  Because the imported product is within the language of both the scope and the ITC description of subject merchandise, Commerce found this product to be within the scope of the order.

3.  Continue to suspend liquidation of entries of carbon steel butt-weld pipe fittings from the People's Republic of China, including Vandewater International Inc.'s steel branch outlets imported by Vandewater International Inc. described above, subject to the antidumping duty order on carbon steel butt-weld pipe fittings from the People's Republic of China.

4.  If there are any questions by the importing public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce at (202) 482-0984.  CBP ports should submit their inquiries through authorized CBP channels only.  (This message was generated by OV: AC.)

5.  There are no restrictions on the release of this information.

Alexander Amdur

```
                Filed By: Annathea Cook, Filed Date: 9/17/18 11:02 AM, Submission Status: Approved
```

# Exhibit 2

| | |
|---|---|
| **MESSAGE NO.** | **MESSAGE DATE** |
| **STATUS** | **INACTIVATED DATE** |
| **TYPE** | **FR CITE** |
| **SUB-TYPE** | **FR DATE** |
| **CATEGORY ACCESS** | **EFFECTIVE DATE** |
| **TYPE**      Public      Non-Public | **POI/POR DATE**                           - |
| **Notice of lifting of Suspension Date** | **PERIOD COVERED**                      - |

**SHORT CASE NAME**

**COURT CASE #s**

**REF MESSAGE #s**

**PRINCIPAL CASE #s**

**3rd Country CASE #s**

**RE:**

1.  On 10/05/2018, the U.S. Court of International Trade issued a statutory injunction (SI) enjoining liquidation of entries identified in paragraph 2 which are subject to the antidumping duty order on carbon steel butt-weld pipe fittings from the Peoples Republic of China (A-570-814) for entries made on or after 06/24/1992.  This SI was issued in connection with court number 18-00199.

2.  This SI enjoins liquidation of entries which:  (1) were imported by Vandewater International Inc.; (2) were the subject of the United States Department of Commerces final determination in Antidumping Duty Order on Carbon Steel Butt-Weld Pipe Fittings from the Peoples Republic of China: Final Scope Ruling on Vandewater International Inc.s Steel Branch Outlets, dated September 10, 2018; and (3) were entered, or withdrawn from warehouse for consumption, on or after June 24, 1992, and that remain unliquidated.

3.  Effective 10/05/2018 (the date the Court issued the SI), no liquidation may be made for entries referred to in paragraph 2 which remain unliquidated as of October 5, 2018.  Any such entries that are set for liquidation must be unset immediately.  Continue to suspend liquidation of these entries until liquidation instructions are issued.

4.  Effective immediately, CBP is instructed to follow the terms of the SI.

5.  Liquidation instructions for entries affected by this SI have not yet been issued.

6.  If there are any questions by the importing public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce at (202) 482-0984.  CBP ports should submit their inquiries through authorized CBP channels only.  (This message was generated by OV: AC.)

7.  There are no restrictions on the release of this information.

Alexander Amdur

# Exhibit 3

Pages Containing Confidential Information Intentionally Omitted

# Exhibit 4

Pages Containing Confidential Information Intentionally Omitted