UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE LEO M. GORDON, JUDGE

| | |
|---|---|
| VANDEWATER INTERNATIONAL INC., <br><br> Plaintiff, <br><br> and <br><br> SIGMA CORPORATION and SMITH-COOPER INTERNATIONAL, INC., <br><br> Plaintiff-Intervenors <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ISLAND INDUSTRIES, <br><br> Defendant-Intervenor. | Court No.: 18-00199 |

**PROPOSED AMENDED ORDER FOR STATUTORY INJUNCTION**

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below;

Plaintiff Vandewater International Inc. and Defendant United States agree that, as required by 19 U.S.C. § 1516a(c)(2), a proper showing has been made that the requested injunctive relief should be granted under the circumstances;

Plaintiff Vandewater International Inc. and Defendant United States further agree that any injunctive relief pursuant to 19 U.S.C. § 1516a(c)(2) in this action should be limited to entries that were entered, or withdrawn from warehouse, for consumption, on or after the date on

which the United States Department of Commerce issued its final determination in *Antidumping Duty Order on Carbon Steel Butt-Weld Pipe Fittings from the People's Republic of China: Final Scope Ruling on Vandewater International Inc.'s Steel Branch Outlets*, dated September 10, 2018, or that were previously suspended as of that date;

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of the U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any entries

of   Threaded or Grooved Steel Branch Outlets
          [insert Product]

from   The People's Republic of China.
          [insert Country]

(1)   That were

☐  produced.
☐  exported.
☐  produced and/or exported
☒  imported (identify producer/exporter from whom imported if needed)

By Vandewater International Inc.                    ;
          [insert Company]

(2)   That were the subject of the United States Department of Commerce's final determination in *Antidumping Duty Order on Carbon Steel Butt-Weld Pipe Fittings from the People's Republic of China: Final Scope Ruling on Vandewater International Inc.'s Steel Branch Outlets*, dated September 10, 2018;
          [insert FR Notice]

(3)   That were entered, or withdrawn from warehouse, for consumption, on or after September 10, 2018, or previously suspended as of that date, and remain unliquidated; and it is further

**ORDERED** that the entries subject to this injunction that were entered, or withdrawn from warehouse, for consumption, on or after September 10, 2018 or previously suspended as of

that date and remain unliquidated shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction; and it is further

**ORDERED** that any unliquidated entries of Threaded or Grooved Steel Branch Outlets from The People's Republic of China that were imported by Vandewater International Inc., that were entered, or withdrawn from warehouse, for consumption, before September 10, 2018 and were not previously suspended as of that date, shall not be subject to continued suspension of liquidation under this injunction, but instead (unless otherwise subject to suspension for reasons unrelated to Commerce's September 10, 2018 scope ruling or the previous statutory injunction in this case) must be liquidated by U.S. Customs and Border Protection without any antidumping duties assessed, and with any antidumping duty cash deposits refunded in full, with interest.

DATED: _____    _____
        New York, New York                                        Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017.)