UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| VANDEWATER INTERNATIONAL INC., <br>   *Plaintiff*, <br> and <br> SIGMA CORPORATION, <br> SMITH-COOPER INTERNATIONAL, INC., <br>   *Plaintiff-Intervenors*, <br> UNITED STATES, <br>   *Defendant*, <br> and <br> ISLAND INDUSTRIES, <br>   *Defendant-Intervenor*. | Court No. 18-00199 |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Intervenor SIGMA Corporation hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's final decision and judgment entered in this action on September 8, 2022.

                  Respectfully submitted,

                  **WHITE & CASE**LLP

                By:  */s/ Lucius B. Lau*
                  Walter Spak
                  wspak@whitecase.com
                  Lucius B. Lau
                  alau@whitecase.com
                  Ron Kendler
                  ron.kendler@whitecase.com
                  701 Thirteenth Street, N.W.
                  Washington, DC 20005
                  tel.: (202 626-3600
                  fax: (202 639-9355

Dated:  October 21, 2022            *Counsel for SIGMA Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 21st day of October 2022, "PLAINTIFF'S NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Lucius B. Lau*
Lucius B. Lau