# United States Court of Appeals for the Federal Circuit

---

**VANDEWATER INTERNATIONAL INC.,**
*Plaintiff*

**SMITH-COOPER INTERNATIONAL, INC., SIGMA CORPORATION,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Appellee*

**ISLAND INDUSTRIES,**
*Defendant*

---

2023-1093, 2023-1141

---

Appeals from the United States Court of International Trade in No. 1:18-cv-00199-LMG, Senior Judge Leo M. Gordon.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered March 6, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

May 30, 2025
Date

Jarrett B. Perlow
Clerk of Court